# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-157-RJC-DCK

| | |
|---|---|
| G. PEREZ, J. PEREZ, and M. SOSA, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| MERRILL LYNCH & CO., INC. and<br>MERRILL LYNCH, PIERCE, FENNER &<br>SMITH, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Steven A. Meckler, concerning Michael S. Taafe on April 1, 2016. Mr. Michael S. Taafe seeks to appear as counsel *pro hac vice* for Plaintiffs G. Perez, J. Perez and M. Sosa. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Michael S. Taafe is hereby admitted *pro hac vice* to represent Plaintiffs G. Perez, J. Perez, and M. Sosa.

**SO ORDERED**.

Signed: April 5, 2016

David C. Keesler
United States Magistrate Judge