IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-157-RJC-DCK

| | |
|---|---|
| G. PEREZ, J. PEREZ, and M. SOSA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| MERRILL LYNCH & CO., INC. and | ) |
| MERRILL LYNCH, PIERCE, FENNER & | ) |
| SMITH, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 15) filed by Mark A. Nebrig, concerning Mark S. Dichter on June 15, 2016. Mr. Mark S. Dichter seeks to appear as counsel *pro hac vice* for Defendants Merrill Lynch & Co. and Merrill Lynch, Pierce, Fenner & Smith, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 15) is **GRANTED.** Mr. Mark S. Dichter is hereby admitted *pro hac vice* to represent Defendants Merrill Lynch & Co. and Merrill Lynch, Pierce, Fenner & Smith, Inc.

**SO ORDERED**.

Signed: June 15, 2016

David C. Keesler
United States Magistrate Judge