# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-157-RJC-DCK

| | |
|---|---|
| G. PEREZ, J. PEREZ, and M. SOSA,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH & CO., INC. and<br>MERRILL LYNCH, PIERCE, FENNER &<br>SMITH, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 16) filed by Mark A. Nebrig, concerning S. Elaine McChesney on June 15, 2016. Ms. S. Elaine McChesney seeks to appear as counsel *pro hac vice* for Defendants Merrill Lynch & Co. and Merrill Lynch, Pierce, Fenner & Smith, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 16) is **GRANTED.** Ms. S. Elaine McChesney is hereby admitted *pro hac vice* to represent Defendants Merrill Lynch & Co. and Merrill Lynch, Pierce, Fenner & Smith, Inc.

**SO ORDERED**.

Signed: June 15, 2016

David C. Keesler
United States Magistrate Judge