**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:16-CV-157-RJC-DCK**

| | | |
|---|---|---|
| **G. PEREZ, J. PEREZ, and M. SOSA,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MERRILL LYNCH & CO., INC. and** | ) | |
| **MERRILL LYNCH, PIERCE, FENNER &** | ) | |
| **SMITH, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| —————————————————— | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) filed by Mark A. Nebrig, concerning Sam S. Shaulson on June 15, 2016. Mr. Sam S. Shaulson seeks to appear as counsel *pro hac vice* for Defendants Merrill Lynch & Co. and Merrill Lynch, Pierce, Fenner & Smith, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) is **GRANTED.** Mr. Sam S. Shaulson is hereby admitted *pro hac vice* to represent Defendants Merrill Lynch & Co. and Merrill Lynch, Pierce, Fenner & Smith, Inc.

**SO ORDERED**.

Signed: June 15, 2016

David C. Keesler
United States Magistrate Judge