**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:16-CV-157-RJC-DCK**

—————————————————————x
                                                                    :
**G. PEREZ, J. PEREZ and**                                          :
**M. SOSA,**                                                        :
                                                                    :
          **Plaintiffs,**                               :
                                                                    :
**vs.**                                                             :
                                                                    :     **NOTICE OF VOLUNTARY**
**MERRILL LYNCH & CO., INC. and**                                   :     **DISMISSAL OF CIVIL ACTION**
**MERRILL LYNCH, PIERCE, FENNER**                                   :
**& SMITH, INC.,**                                                  :
                                                                    :
          **Defendants.**                               :
—————————————————————x

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs G. Perez, J. Perez and M. Sosa do hereby voluntarily dismiss their claims against Defendants Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith, Inc. in the above-captioned civil action.

1.      Plaintiffs filed the initial Class Action Complaint on April 1, 2016 and their Amended Class Action Complaint on November 22, 2016.

2.      Defendants waived service of summons of the Complaint on April 27, 2016.

3.      Defendants have not served either an answer or a motion for summary judgment in this matter.

4.      Plaintiffs file this notice of voluntary dismissal with the intention of dismissing the case under Federal Rule of Civil Procedure 41(a)(1)(A)(i) without prejudice to refiling.

WHEREFORE, Plaintiffs do hereby voluntarily dismiss their claims without prejudice and ask that the Court enter an Order to that effect.

This the 17th day of January, 2017.

<table>
<tr><td>

*/s/Michael S. Taaffe*
Michael S. Taaffe *(admitted Pro Hac Vice)*
FL State Bar No. 490318
Michael D. Bressan *(admitted Pro Hac Vice)*
FL State Bar No. 0011092
Jarrod J. Malone *(admitted Pro Hac Vice)*
FL State Bar No. 0010595
David L. Wyant, Jr. *(admitted Pro Hac Vice)*
FL State Bar No. 0085600
Shumaker Loop & Kendrick, LLP
240 South Pineapple Ave., 10th Floor
Sarasota, Florida 34236
Telephone: (941) 366-6660
Facsimile: (941) 366-3999
E-Mail: mtaaffe@slk-law.com
E-Mail: mbressan@slk-law.com
E-Mail: jmalone@slk-law.com
E-Mail: dwyant@slk-law.com
*Attorneys for Plaintiffs*

</td><td>

*/s/Steven A. Meckler*
Steven A. Meckler
NC State Bar No. 26544
Shumaker Loop & Kendrick, LLP
128 South Tryon Street, Suite 1800
Charlotte, North Carolina 28202
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
E-Mail: smeckler@slk-law.com
*Attorneys for Plaintiffs (Local Counsel)*

</td></tr>
</table>

## Certificate of Service

I hereby certify that on January 17, 2017, this Notice of Voluntary Dismissal of Civil Action was filed electronically via the Court's CM/ECF system, which effectuates service by ECF notification on all counsel of record.

*/s/Michael S. Taaffe*
Michael S. Taaffe

*/s/Steven A. Meckler*
Steven A. Meckler